UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-21292

FRANK SANTANA, and other similarly
situated individuals,

        Plaintiffs,

v.

DIAMOND TOUCH, INC. d/b/a GRANBURY
SOLUTIONS, a Foreign Profit Corporation, *et
al.*,

        Defendants.
_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

      Pursuant to 28 U.S.C. § 1446, Defendant, Diamond Touch, Inc., d/b/a Granbury Solutions ("Granbury"), hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and states the following grounds for removal of this case from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

      1.    This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law.

### TIMELINESS OF REMOVAL

      2.    On March 9, 2016, Plaintiff, Frank Santana ("Plaintiff") commenced a civil action against Granbury, Novanovapos, Inc., Shai Benamo, Ori Tamuz, and Amir Egel, by filing a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade

CASE NO. 16-cv-21292

County, Florida, Case No. 2016-005918-CA-01. A true and correct copy of the Complaint is attached as Exhibit A.

3. Plaintiff served Granbury with the Complaint on or about March 21, 2016.

4. Granbury has not served any answer or responsive pleading to Plaintiff's Complaint or made any appearance or argument before the Circuit Court in this matter, nor has any other defendant filed a responsive pleading.

5. This Notice is filed with this Court within thirty (30) days after Granbury received a copy of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been served upon Granbury are attached hereto as Exhibit A.

7. A removal is not proper unless "all defendants who have been properly joined and served . . . consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Granbury has complied with this requirement by obtaining the consent to removal of Novanovapos, Inc. and Ori Tamuz, the other defendants who have been served to date. They have consented and agreed to removal of this action to federal court and will be filing a Notice of Consent to Removal through their counsel.

8. Pursuant to 28 U.S.C. § 1446(d), Granbury will provide promptly written notice of the removal to all adverse parties in this action.

FEDERAL QUESTION JURISDICTION

9. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges in his Complaint violations of the Fair Labor Standards Act, 29

2

U.S.C. §§ 201, *et seq.*  <u>See</u> Complaint, Counts I-V (Wage and Hour Federal Statutory Violations).

10.   Plaintiff's state law claims fall under the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367, as they stem from the same employment relationship and facts as his FLSA claim and are so related to the FLSA claim that they form part of the same case or controversy.  <u>See</u> Complaint, Count VI (Violation of § 448.102, Florida Statutes) and Count VII (Violation of § 112.3187, Florida Statutes).[1]

## VENUE

11.   Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

12.   Granbury submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

13.   Contemporaneously with this filing, Granbury is also filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).  A true and accurate copy of the Notification of Removal is attached as Exhibit B.

WHEREFORE, Defendant, Diamond Touch, Inc., d/b/a Granbury Solutions, respectfully requests this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

---

[1]   Plaintiff proffers nineteen paragraphs of facts in his Complaint and then incorporates these facts into all Counts.  <u>See</u> Complaint, ¶¶ 20, 29, 38, 43, 48, 53.  This confirms that all claims stem from a similar set of facts.

CASE NO. 16-cv-21292

Dated: April 11, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: s/ Jennifer A. Schwartz
　　　　　　　　　　　　　　　　　　　　　Jennifer A. Schwartz, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 502431
　　　　　　　　　　　　　　　　　　　　　Email: *jennifer.schwartz@jacksonlewis.com*
　　　　　　　　　　　　　　　　　　　　　Allison M. Gluvna, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 041075
　　　　　　　　　　　　　　　　　　　　　Email: *allison.gluvna@jacksonlewis.com*
　　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.
　　　　　　　　　　　　　　　　　　　　　One Biscayne Tower, Suite 3500
　　　　　　　　　　　　　　　　　　　　　2 South Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　Telephone: 305-577-7600
　　　　　　　　　　　　　　　　　　　　　Facsimile: 305-373-4466
　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant, Diamond Touch, Inc.,*
　　　　　　　　　　　　　　　　　　　　　*d/b/a Granbury Solutions*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on April 11, 2016 on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　　　s/ Allison M. Gluvna
　　　　　　　　　　　　　　　　　　　　　Allison M. Gluvna, Esq.

CASE NO. 16-cv-21292

## SERVICE LIST

**FRANK SANTANA, *ET AL.* V. DIAMOND TOUCH, INC., *ET AL.*
CASE NO. 16-cv-21292**

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq. (533637)<br>Email: *agp@rgpattorneys.com*<br>REMER & GEORGES-PIERRE, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br><br>*Counsel for Plaintiff,*<br>*Frank Santana*<br><br>Served via transmission of Notices of Electronic Filing generated by CM/ECF | Jennifer A. Schwartz, Esq. (502431)<br>Email: *jennifer.schwartz@jacksonlewis.com*<br>Allison M. Gluvna, Esq. (041075)<br>Email: *allison.gluvna@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br>Facsimile: (305) 373-4466<br><br>*Counsel for Defendant,*<br>*Diamond Touch, Inc., d/b/a Granbury Solutions*<br><br>Served via transmission of Notices of Electronic Filing generated by CM/ECF |

4839-7371-4735, v. 2