UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-cv-21292

FRANK SANTANA, and other similarly
situated individuals,

        Plaintiffs,

v.

DIAMOND TOUCH, INC., d/b/a GRANBURY
SOLUTIONS, a Foreign Profit Corporation, *et
al.*,

        Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer A. Schwartz, Esq. of the law firm of Jackson Lewis P.C. hereby makes her appearance as counsel for Defendant, Diamond Touch, Inc., d/b/a Granbury Solutions, in the above-captioned matter and requests that all future pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated:  April 12, 2016                Respectfully submitted,

By:  s/ Jennifer A. Schwartz
   Jennifer A. Schwartz, Esq.
   Florida Bar No.: 502431
   Email: *jennifer.schwartz@jacksonlewis.com*
   Allison M. Gluvna, Esq.
   Florida Bar No. 041075
   Email: *allison.gluvna@jacksonlewis.com*
   JACKSON LEWIS P.C.
   One Biscayne Tower, Suite 3500
   2 South Biscayne Boulevard
   Miami, Florida 33131
   Telephone:  305-577-7600
   Facsimile:  305-373-4466
   *Counsel for Defendant, Diamond Touch, Inc.,
   d/b/a Granbury Solutions*

CASE NO. 16-cv-21292

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being

served on April 12, 2016 on all counsel of record on the service list below via transmission of

Notices of Electronic Filing generated by CM/ECF.


s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.


## SERVICE LIST

### FRANK SANTANA, *ET AL.* V. DIAMOND TOUCH, INC., *ET AL.*
CASE NO. 16-cv-21292


Anthony M. Georges-Pierre, Esq. (533637)
Email: *agp@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff,*
*Frank Santana*

Served via transmission of Notices of
Electronic Filing generated by CM/ECF

Jennifer A. Schwartz, Esq. (502431)
Email: *jennifer.schwartz@jacksonlewis.com*
Allison M. Gluvna, Esq. (041075)
Email: *allison.gluvna@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant,*
*Diamond Touch, Inc., d/b/a Granbury*
*Solutions*

Served via transmission of Notices of
Electronic Filing generated by CM/ECF


4852-4019-7679, v.  1

2