UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-cv-21292

FRANK SANTANA, and other similarly situated individuals,

       Plaintiffs,

v.

DIAMOND TOUCH, INC. d/b/a GRANBURY SOLUTIONS, a Foreign Profit Corporation, *et al.*,

       Defendants.
_____/

**DEFENDANT, DIAMOND TOUCH, INC.'S,
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Diamond Touch, Inc., by and through its undersigned counsel, hereby discloses the following:

Defendant is a privately held corporate entity with no parent or subsidiary entities.

No separate corporation owns 10% or more of Defendant's stock.

Dated: April 12, 2016

Respectfully submitted,

By: s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.
Florida Bar No.: 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Allison M. Gluvna, Esq.
Florida Bar No. 041075
Email: *allison.gluvna@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466
*Counsel for Defendant, Diamond Touch, Inc., d/b/a Granbury Solutions*

CASE NO. 16-cv-21292

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on April 12, 2016 on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Allison M. Gluvna
Allison M. Gluvna, Esq.

### SERVICE LIST

**FRANK SANTANA, *ET AL.* V. DIAMOND TOUCH, INC., *ET AL.***
CASE NO. 16-cv-21292

Anthony M. Georges-Pierre, Esq. (533637)
Email: *agp@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff,*
*Frank Santana*

Served via transmission of Notices of
Electronic Filing generated by CM/ECF

Jennifer A. Schwartz, Esq. (502431)
Email: *jennifer.schwartz@jacksonlewis.com*
Allison M. Gluvna, Esq. (041075)
Email: *allison.gluvna@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant,*
*Diamond Touch, Inc., d/b/a Granbury Solutions*

Served via transmission of Notices of
Electronic Filing generated by CM/ECF

4824-5419-6783, v. 1