**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.  16-21292-CIV-ALTONAGA**

**FRANK SANTANA**,

      Plaintiff,

vs.

**DIAMOND TOUCH, INC.**, *et al*.,

      Defendants.

_____/

## NOTICE SETTING TELEPHONIC HEARING

PLEASE TAKE NOTICE that a status conference re Defendant's Motion to Dismiss Counts VI and VII of Plaintiff's Complaint or, in the Alternative, for a More Definite Statement and Incorporated Memorandum of Law [ECF No. 9] has been scheduled on **April 15, 2016 at 11:30 a.m.**  The parties may appear by phone and are instructed to call 1-888-684-8852 on the date and time set forth above.  The access code is 3156459 and the password is 5510.  **For clarity, please do not use a cell phone or a speaker phone.**

Date:   April 12, 2016

                              STEVEN M. LARIMORE, CLERK
                                By:   /s/   Warren Condon_____
                                Courtroom Deputy for the
                                Honorable Cecilia M. Altonaga
                                (305) 523-5515

cc:    counsel of record