UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-21292-CIV-ALTONAGA/O'Sullivan

**FRANK SANTANA**,

    Plaintiff,

v.

**DIAMOND TOUCH, INC.**, *et al.*,

    Defendant.

_____/

## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **April 26, 2016**. In addition, by **April 26, 2016**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida this 12th day of April, 2016.

                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge O'Sullivan as interested parties unless they have an interest in the litigation.