UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-CV-21292-CMA

FRANK SANTANA,

    Plaintiff,

vs.

DIAMOND TOUCH, INC.,
a Foreign Profit Corporation, *d/b/a*
GRANDBURY SOLUTIONS,
NOVANOVAPOS, INC.,
a Foreign Profit Corporation, *d/b/a*
NOVA POINT OF SALE,
SHAI BENAMO, individually,
ORI TAMUZ, individually, and
AMIR EGEL, individually,

    Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff, **FRANK SANTANA** ("Plaintiff"), through the undersigned counsel, hereby files this Certificate of Interested Persons and state the following interested persons, associated persons, firm, partnership have a financial interest in the outcome of this case:

1. Frank Santana;

2. Remer & Georges-Pierre, PLLC;

3. Jason S. Remer, Esq.;

4. Anthony M. Georges-Pierre, Esq.;

Dated: April 12, 2016.

Respectfully submitted,

*[signature]*

**Anthony M. Georges-Pierre, Esq.**
Florida Bar No. 533637
**Anaeli C. Petisco, Esq.**
Florida Bar No.: 113376
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Email: apetisco@rgpattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Jennifer A. Schwartz**
**Allison Marie Gluvna**
Jackson Lewis P.C.
2 S Biscayne Boulevard
Suite 3500
Miami, FL 33131
305-577-7600
Fax: 305-373-4466
Email: schwartj@jacksonlewis.com
Email: allison.gluvna@jacksonlewis.com

*Counsel for Defendant*

*[signature]*

**Anaeli C. Petisco, Esq.**
Florida Bar No.: 113376

2