UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-21292-CMA

FRANK SANTANA, and other similarly
situated individuals,

       Plaintiffs,

v.

DIAMOND TOUCH, INC., d/b/a GRANBURY
SOLUTIONS, a Foreign Profit Corporation, *et
al.*,

       Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective **April 14, 2016,** the undersigned, counsel for Defendant, Diamond Touch, Inc., d/b/a Granbury Solutions will relocate to the following address:

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

All court papers should henceforth be served in accordance with the above.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated this 14th day of April, 2016

Respectfully submitted,

By: /s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
E-mail: JSchwartz@littler.com
Secondary: kljackson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552
*Counsel for Defendant, Diamond Touch, Inc., d/b/a Granbury Solutions*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.

**SERVICE LIST**

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Email: agp@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile:  (305) 416-5005

COUNSEL FOR PLAINTIFF,
*Frank Santana*

Served via transmission of Notices of Electronic Filing generated by CM/ECF

Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
E-mail: JSchwartz@littler.com
Secondary:  kljackson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Telephone: (305) 400-7500
Facsimile:   (305) 603-2552

COUNSEL FOR DEFENDANT,
*Diamond Touch, Inc.,*
*d/b/a Granbury Solutions*

Served via transmission of Notices of Electronic Filing generated by CM/ECF

Firmwide:139949272.1 999999.6461