UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-21292-CMA

FRANK SANTANA,
JENNIFER ARTIDIELLO,

    Plaintiff,

vs.

DIAMOND TOUCH, INC.,
a Foreign Profit Corporation, *d/b/a*
GRANDBURY SOLUTIONS,
NOVANOVAPOS, INC.,,
a Foreign Profit Corporation, *d/b/a*
NOVA POINT OF SALE,
SHAI BENAMO, individually,
ORI TAMUZ, individually, and
AMIR EGEL, individually

    Defendants.
_____/

## JOINT STIPULATION AS TO ORI TAMUZ HAVING OPERATIONAL CONTROL OF GRANDBURY SOLUTIONS

Counsel for Plaintiffs Santana and Artidiello and Counsel for Defendant Diamond Touch, Inc. d/b/a Grandbury Solutions hereby stipulate and agree that, individual Defendant Ori Tamuz, maintained a Director/Senior Management position while employed with Grandbury Solutions and exercised operational control in Granbury Solutions' Miami Beach location during his employment.

Dated: May 12, 2016.

Respectfully submitted,

/s/ *signature*

**Anthony M. Georges-Pierre, Esq.**
Florida Bar No. 533637
**Anaeli C. Petisco, Esq.**
Florida Bar No. 113376
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
Email: agp@rgpattorneys.com
Email: apetisco@rgpattorneys.com

*Attorneys for Plaintiff*

*/s/ Jennifer A. Schwartz*
**Jennifer A. Schwartz**
**Samantha E. Dunton-Gallagher**
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue
Suite 2700
Miami, FL 33131
305-400-7500
Fax: 305-603-2552
Email: JSchwartz@littler.com
Email: SDunton@littler.com

*Counsel for Diamond Touch, Inc.*